IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02333-REB-MEH

FRANCISCO ORTEGA and
BASIL ORTEGA,

      Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER;
ALVIN LACABE, Manager of Safety, Denver, Colorado;
WILLIAM LOVINGER, Director of Corrections, Denver, Colorado;
JOHN DOE 1, Deputy Sheriff, City and County of Denver, Colorado;
JOHN DOE 2, Deputy Sheriff, City and County of Denver, Colorado;
JOHN DOE 3, Deputy Sheriff, City and County of Denver, Colorado;

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 27, 2007.**

      Based upon the parties' agreement, and the entire record herein, Defendants' Unopposed Motion for Entry of Stipulated Protective Order [Filed February 22, 2007; Docket #11] is **granted**. The Court will sign the Protective Order and enter it on the record.