IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02333-REB-MEH

FRANCISCO ORTEGA and
BASIL ORTEGA,

      Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER;
ALVIN LACABE, Manager of Safety, Denver, Colorado;
WILLIAM LOVINGER, Director of Corrections, Denver, Colorado;
JOHN DOE 1, Deputy Sheriff, City and County of Denver, Colorado;
JOHN DOE 2, Deputy Sheriff, City and County of Denver, Colorado;
JOHN DOE 3, Deputy Sheriff, City and County of Denver, Colorado;

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 11, 2007.**

      Plaintiffs' Motion for Leave to Amend the Complaint and Substitute Parties [Filed October 10, 2007; Docket #24] is **stricken**, for failure to comply with D.C.Colo.L.Civ.R. 7.1.A, Duty to Confer.  Plaintiffs' motion states only that counsel's staff has attempted to contact Defendants' counsel on one occasion.  Rule 7.1.A requires the parties to confer or make reasonable good-faith efforts to confer to resolve the disputed matter.