IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No.06-cv-02333-REB-MEH

FRANCISCO ORTEGA, and
BASIL ORTEGA,

    Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER,
ALVIN LACABE, Manager of Safety, Denver, Colorado,
WILLIAM LOVINGER, Director of Corrections, Denver, Colorado,
JOHN DOE 1, Deputy Sheriff, City and County of Denver, Colorado,
JOHN DOE 2, Deputy Sheriff, City and County of Denver, Colorado, and
JOHN DOE 3, Deputy Sheriff, City and County of Denver, Colorado,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice Pursuant To Fed.R.Civ.P. 41(a)(1)(A)(ii)** [#35], filed January 14, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice Pursuant To Fed.R.Civ.P. 41(a)(1)(A)(ii)** [#35], filed January 14, 2008, is **APPROVED**;

2. That the Trial Preparation Conference set for January 18, 2008, is **VACATED**;

3. That the jury trial set to commence February 4, 2008, is **VACATED**;

4. That any pending motion is **DENIED** as moot;

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

6. That judgment **SHALL ENTER** under Fed.R.Civ.P. 58.

Dated January 14, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**